

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER ON MOTION

Cause Number:     01-11-00508-CV

Trial Court Cause
Number:     1027821

Style:     Keryl L. Douglas

    **v** Houston Housing Authority and Ernie Etuk

Date motion filed[*]:     May 28, 2013

Type of motion:     Motion to Dismiss

Party filing motion:     Appellees

Document to be filed:     n/a

Is appeal accelerated? ☐ YES    ☒ NO

Ordered that motion is:

    ☐  Granted

         If document is to be filed, document due: _____

         ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

    ☒  Denied

    ☐  Dismissed (*e.g.*, want of jurisdiction, moot)

    ☐  Other: _____

Judge's signature: /s/ Justice Jim Sharp
        ☒ Acting individually    ☐ Acting for the Court

Panel consists of _____

Date: May 30, 2013